IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM LYNN FOLEY et al.,

    Plaintiffs,

vs.                                                                     CIV 1:09-1147-RB-GBW

CARLSBAD MUNICIPAL SCHOOLS et al.,

    Defendants.

# ORDER ADOPTING MAGISTRATE JUDGE'S
# REPORT AND RECOMMENDATION

    The Magistrate Judge filed his Report and Recommendation on March 28, 2011. *Doc. 68*. The proposed findings notify Plaintiffs of their ability to file objections and that failure to do so within the required time frame waives appellate review. *See id.* at 2. To date, Plaintiffs ha not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

    Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (*Doc. 68*) is ADOPTED and Defendant Patricio Lujan is DISMISSED from this case WITHOUT PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE